# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:19CR165 |
| vs. | ) | |
| TODD FUNDERMANN | ) | ORDER |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion to Continue [34]. Counsel seeks additional time for the parties to discuss a potential plea agreement. For good cause shown,

**IT IS ORDERED** that the defendant's Motion to Continue [34] is granted, as follows:

1. The jury trial, now set for December 3, 2019, is continued to **January 28, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 28, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** November 26, 2019.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**